

BENJAMIN B. WAGNER
United States Attorney
KAREN A. ESCOBAR
Assistant U.S. Attorney
4401 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES, | CASE NO. 1:13MJ56 SKO |
| Plaintiff, | |
| v. | ORDER TO UNSEAL COMPLAINT |
| CHARLES CONRAD MAHAFFEY, | |
| Defendant. | |

This Criminal Complaint, Arrest Warrant and Application was sealed by Order of this Court pursuant to Rule 6(e) of the Federal Rules of Criminal Procedure.

IT IS HEREBY ORDERED that the case be unsealed as to CHARLES CONRAD MAHAFFEY, and be made public record.

DATED: 3/14/13

~~BARBARA A. McAULIFFE~~ G. Austin
U.S. Magistrate Judge